### Cosgrave *vs.* Mitchell *et al.*, executors.

Where a laborer's lien was foreclosed, the execution issued thereunder levied, and a counter-affidavit interposed and returned for trial, the process was mesne, and an adjudication and discharge in bankruptcy operated to discharge the debtor from the debt. Code, section 1991, sub-sec. 4; 65 *Ga.*, 444.

Judgment affirmed.

March 10, 1885.

JACKSON, Chief Justice.

[Cosgrave foreclosed a laborer's lien against Roberts. The latter filed a counter-affidavit, denying the debt and lien, and pleaded a set-off. The papers were returned to the superior court for trial. Pending the case, Roberts was adjudged a bankrupt, and was subsequently discharged, and pleaded it. These facts were admitted on the trial,

and it was also admitted that the debt of Cosgrave was provable in bankruptcy.

. By agreement, the case was submitted to the court without a jury. He held that the process was mesne, and not final, and was discharged by the bankruptcy. Plaintiff excepted.]